IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WILKIN MICKEY and KATHERINE MICKEY,<br>*Plaintiffs* | § § § § § | |
| v. | § § § § | CIVIL ACTION NO. 9:20-cv-00034-RC-KFG |
| DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-D, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-D, PHH MORTGAGE CORPORATION, OCWEN LOAN SERVICING, LLC, BARRY MCCAIN, DYKEMA GOSSETT, PLLC, and BAKER DONELSON BREAMAN CALDWELL & BERKOWITZ, A PROFESSIONAL CORPORATION<br>*Defendants* | § § § § § § § § § § § § § § § § § | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Plaintiffs and Defendants respectfully notify the Court that the parties have agreed in principle to settle all matters in controversy in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulation of Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file said Agreement. Accordingly, Plaintiffs respectfully request that the Court stay the entry of a Docket Control Order.

Respectfully submitted,

**MICKEY LAW GROUP, PLLC**

By: _/s/ Kamisha M. Mickey_
      KAMISHA M. MICKEY
      State Bar Number 24074712
      5151 Katy Fwy, Suite 210
      Houston, Texas 77007
      713.360.7719  Telephone
      832.369.0063  Facsimile
      kmickey@mickeylawgroup.com

**ATTORNEY FOR PLAINTIFFS**