# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| WILKIN MICKEY and KATHERINE MICKEY, <br> *Plaintiffs* <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, ET. AL., <br> *Defendants* | CIVIL ACTION NO. 9:20-cv-00034-RC-KFG |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Plaintiffs and Defendants respectfully notify the Court that the parties have agreed in principle to settle all matters in controversy in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulation of Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file said Agreement. Accordingly, Plaintiffs respectfully request that the Court stay the entry of a Docket Control Order.

Respectfully submitted,

**MICKEY LAW GROUP, PLLC**

By: /s/ Kamisha M. Mickey
KAMISHA M. MICKEY
State Bar Number 24074712
5151 Katy Fwy, Suite 210
Houston, Texas 77007

713.360.7719 Telephone
832.369.0063 Facsimile
kmickey@mickeylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**DYKEMA GOSSETT, PLLC**

/s/ Adam R. Nunnallee (by perm)
Adam R. Nunnallee
TX State Bar No. 24057453
anunnallee@dykema.com
1717 Main Street, Suite 4200
Dallas, Texas 75201
214.462.6400 Telephone
855.256.1482 Facsimile

**ATTORNEY FOR DEFENDANTS**