IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WILKIN MICKEY AND KATHERINE MICKEY, <br> *Plaintiffs* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 9:20-CV-00034<br>JUDGE MICHAEL TRUNCALE |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL., <br> *Defendants.* | §<br>§<br>§<br>§ | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Stipulation of Dismissal with Prejudice. [Dkt. 31]. The Parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and deadlines are hereby vacated and all pending motions in this matter be DENIED as moot.

**SIGNED this 22nd day of November, 2021.**

*Michael J. Truncale*

Michael J. Truncale
United States District Judge